UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CV-00202-RJC-DSC

| | |
|---|---|
| LAWRENCE EVERETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| P.F. CHANG'S CHINA BISTRO, INC. ) | |
| AND JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Remand (the "Motion"). (Doc. No. 5). On March 31, 2022, Plaintiff filed the Complaint against Defendant in Mecklenburg County Superior Court. (Doc. No. 1). Thereafter, Defendant removed the action to this Court, asserting diversity jurisdiction. (*Id.*). Plaintiff asks the Court to remand the case because the amount in controversy does not exceed $75,000. (Doc. No. 5). The Parties' filed a "Stipulation and Agreement Regarding Damages," in which they agree that Plaintiff does not seek more than $75,000 in damages; therefore, Defendant consents to remand of the action to Mecklenburg County Superior Court. (Doc. Nos. 7, 8). Accordingly, for good cause shown, the Court will grant Plaintiff's Motion and remand the case to the Mecklenburg County Superior Court for further proceedings.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Remand (Doc. No. 5) is **GRANTED** and this matter is **REMANDED** to Mecklenburg County Superior Court.

The Clerk is directed to close this case.

Signed: June 16, 2022

Robert J. Conrad, Jr.
United States District Judge